IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| STEVEN CICILLINE, JAMES BATTERSON, and, CHRISTOPHER IOSELLO, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> JEWEL FOOD STORES, INC. d/b/a JEWEL-OSCO, a New York Corporation, and DOES 1-10, <br> Defendants. | 07 C 2333 <br> Judge Dow <br> Magistrate Judge Keys |

**NOTICE OF ADDITIONAL PERSUASIVE AUTHORITY
IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Plaintiffs respectfully give notice of two additional decisions—*Halperin v. Interpark, Inc.*, 2007 U.S. Dist. LEXIS 87851 (N.D.Ill. Nov. 29, 2007) (Bucklo, J.) (certifying class on Fair and Accurate Credit Transactions Act claim), and *Troy v. Red Lantern Inn, Inc.*, 2007 U.S. Dist. LEXIS 89004 (N.D.Ill. Dec. 4, 2007) (Aspen, J.) (same)—which represent persuasive authority in support of plaintiffs' motion for class certification, currently pending before this Court. The *Halperin* and *Troy* decisions are attached respectively as Exhibits A & B.

Dated: December 11, 2007

Respectfully submitted,

/s/ Thomas E. Soule
Daniel Lynch
Henry Baskerville
The Law Offices of Daniel Lynch
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
*Counsel for Plaintiff Steven Cicilline*

Oren Giskan
Catherine E. Anderson
Giskan, Solotaroff & Anderson, LLP
11 Broadway, Suite 2150
New York, NY 10004
*Counsel for Plaintiff Steven Cicilline*

1

Keith J. Keogh
Alexander H. Burke
Law Offices of Keith J. Keogh
227 W. Monroe St., Ste. 2000
Chicago, IL 60606
*Counsel for Plaintiff James Batterson*

Daniel A. Edelman
Thomas E. Soule
Edelman, Combs, Latturner & Goodwin,LLC
120 South LaSalle, Street 18th Floor
Chicago, IL 60603
*Counsel for Plaintiff Christopher Iosello*

## CERTIFICATE OF SERVICE

     I, Thomas E. Soule, hereby certify that the preceding document was filed on December 11, 2007 through the Court's electronic filing system. The same papers were served upon the following individuals on the same date, by the methods indicated:

*By e-mail notification through operation of the Court's electronic filing system*

Henry Baskerville, IV (hbaskerville@daniellynchlaw.com)
Alexander Burke (aburke@keoghlaw.com)
Martin Carroll (mcarroll@fhslc.com)
Keith Keogh (keith@keoghlaw.com)
Daniel Lynch (dan@daniellynchlaw.com)

*By facsimile and U.S. mail*

| | |
|---|---|
| Oren Giskan | Kathlene Lowe |
| Giskan Solotaroff & Anderson LLP | Dorsey & Whitney LLP |
| 11 Broadway, Suite 2150 | 38 Technology Drive |
| New York, New York 10004 | Irvine CA 92618 |
| (646) 520-3237 (fax) | (949) 932-3601 (fax) |

                                                /s/ Thomas E. Soule
                                                Thomas E. Soule